AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

_____

SAFETY INSURANCE COMPANY
V.

UNITED STATES OF AMERICA

**SUMMONS IN A CIVIL ACTION**

04  11916  JLT

CASE NUMBER:

TO: (Name and address of Defendant)

United States of America
c/o Department of the Navy
Naval Legal Service Office
Mid Atlantic
9620 Maryland Avenue, Suite 100
Norfolk, VA 23511-2989

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

O'Keefe & Gale
180 West Central Street
Natick, MA 01760
(508)655-0000
(OFF SS-04-112)

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

SEP 0 2 2004

DATE

**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

*Suffolk, ss.*

September 21, 2004

I hereby certify and return that on 9/15/2004 at 11:05AM I served a true and attested copy of the Summons and Complaint in this action in the following manner: To wit, by delivering in hand to Marlon Ramirez,agent, for United States of America, at , 1 Courthouse Way, US Attorney's Office,, , Suite 9200 Boston, MA. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Travel ($1.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $42.00

*Deputy Sheriff*

Deputy Sheriff George Slyva

AO 440 (Rev. 8/01) Summons in a Civil Action

**RETURN OF SERVICE**

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE |
| NAME OF SERVER (*PRINT*) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ______ Date ______ *Signature of Server*

______ *Address of Server*