UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SAFETY INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | 04-11916-JLT |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

ANSWER

1.    Admit

2.    Admit

3.    The United States is without sufficient information to admit or deny this allegation.

4.    The United States is without sufficient information to admit or deny this allegation.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:    /s/ Christopher Alberto
        Christopher Alberto
        Assistant U.S. Attorney
        U. S. Attorney's Office
        John Joseph Moakley
        United States Courthouse
        1 Courthouse Way, Suite 9200
        Boston, MA  02210
        (617) 748-3311

Dated: December 29, 2004

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the

foregoing document by depositing in the United States mail a copy of same in an envelope

bearing sufficient postage for delivery to Thomas O'Keefe, O'Keefe & Gale, 180 West Central

Street, Natick, MA 01760.

/s/ Christopher Alberto
Christopher Alberto
Assistant U.S. Attorney

December 29, 2004