UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SAFETY INSURANCE,  )  )  Plaintiff,  )  )  v.  )  )  UNITED STATES OF AMERICA  )  )  Defendant.  )  ) | Civil Action No. 04-11916-JLT |

**JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1**

Pursuant to Local Rule 16.1, the parties propose the following Discovery Plan and Motion Schedule for the Court to consider in connection with the initial scheduling conference in this matter currently scheduled for Tuesday, March 1, 2005, at 11:00 a.m.

*Proposed Schedule*

| Event | Deadline |
|---|---|
| Completion of Written Fact Discovery and Depositions | May 31, 2005 |
| Deadline for Filing Dispositive Motions | June 30, 2005 |
| Final Pretrial Conference | To be scheduled by the Court |
| Trial | To be scheduled by the Court |

*Certification*

Counsel for the parties will file the certification Local Rule 16.1 requires certifying that each has spoken with his client concerning a litigation budget and alternative dispute resolution programs on or before the initial scheduling conference in this matter currently scheduled for Tuesday, March 1, 2005, at 11:00 am.

*Conference with Counsel*

Pursuant to Local Rule 16.1(B) and Fed.R.Civ.P. 26(f), counsel for the parties have conferred.

| For the plaintiff, | For the defendants,<br>MICHAEL J. SULLIVAN<br>UNITED STATES ATTORNEY |
|---|---|
| \*/S/ Christopher Alberto<br>Thomas O'Keefe<br>O'Keefe & Gale<br>180 West Central Street<br>Natick, MA 01760<br>(508) 655-0000 | /S/ Christopher Alberto<br>Christopher Alberto<br>Assistant U.S. Attorney<br>John Joseph Moakley<br>Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, MA 02210<br>(617) 748-3311 |

Dated: February 22, 2005

\*   Per telephone conversation on February 22, 2005, the attorney for the plaintiff, James D. Fitzgerald, authorized AUSA Christopher Alberto to sign the joint statement on James D. Fitzgerald's behalf.