UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SAFETY INSURANCE COMPANY
    Plaintiff,

    V                  CA 04-11916-JLT

UNITED STATES OF AMERICA,
    Defendant.

SETTLEMENT ORDER OF DISMISSAL

TAURO, D.J.

The court having been advised on March 1, 2005 by counsel for the parties that the above action has been settled:   IT IS ORDERED that this action is hereby dismissed without prejudice to reconsideration and possible re-opening if within 30 days of this order a motion is filed which represents that the terms of the settlement agreement have not been performed and there is good cause for the non-performing party or parties to have failed to perform.

                                            Zita Lovett
                                            /s/

                                            Deputy Clerk

March 15, 2005