**COMMONWEALTH OF MASSACHUSETTS**

SUFFOLK, SS.                                    BOSTON MUNICIPAL COURT
                                                CIVIL ACTION NO. 04-11916-JLT

SAFETY                          )
INSURANCE COMPANY               )
Plaintiff,                      )
                                )
                                )
vs.                             )
                                )
                                )
UNITED STATES OF AMERICA        )
Defendant.                      )

### STIPULATION OF DISMISSAL

Pursuant to the provisions of M.R.C.P. 41(a)(1), all parties hereby respectfully Stipulate to Dismiss the above entitled action with prejudice and each party to bear its own costs and attorney fees.

Dated this ___5___ day of ___March___, 2005.

For Plaintiff                          For Defendant
Safety Insurance Company               United States of America
By Its Attorney:                       By its Attorney:

_____        _____
James D. Fitzgerald, Jr., Esq.         Christopher Alberto, Esq.
O'Keefe & Gale                         Assistant U.S. Attorney
180 West Central Street                U.S. Attorney's Office
Natick, MA 01760                       John Joseph Moakley Courthouse
(508) 655-0000                         1 Courthouse Way, Suite 9200
BBO# 555800                            Boston, MA 02210
OF# SS-04-112                          (617)748-3311
                                       BBO# 55245